FORM 26. Docketing Statement                                               Form 26
                                                                           December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-1339

**Short Case Caption:** Entropic Communications, LLC v. Comcast Cable Communications, LLC

**Filing Party:** Entropic Communications, LLC

---

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

---

**Issues to be raised on appeal:**

Reversal and remand of the Patent Trial and Appeal Board's determination concluding that claims 1–20 of U.S. Patent No. 8,223,775 were shown to be unpatentable.

---

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The assigned PTAB panel issued a determination concluding that claims 1–20 of U.S. Patent No. 8,223,775 were shown to be unpatentable.

---

**Briefly describe the judgment/order appealed from:**

PTAB Final Written Decision in IPR2024-00446 entered August 29, 2025 (Paper 38) finding that claims 1–20 of U.S. Patent No. 8,223,775 were shown to be unpatentable, as well as all underlying decisions and orders.

---

| Nature of Judgment (select one:) | Date of Judgment: 8/29/25 |
|---|---|

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

---

Date: 1/28/26

Signature: Nathan Lowenstein
*Digitally signed by Nathan Lowenstein*
*Date: 2026.01.28 10:29:09 -08'00'*

Name: Nathan Nobu Lowenstein