

1100 13TH STREET NW / SUITE 1200 / WASHINGTON DC 20005
MAIN: 202.824.3000 / FAX: 202.824.3001 / BANNERWITCOFF.COM

FREDERIC M. MEEKER
DIRECT: 202.824.3000
FAX: 202.824.3001
FMEEKER@BANNERWITCOFF.COM

Hon. Jarrett B. Perlow
Clerk of the Court
U.S. Court of Appeals for the
Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

January 28, 2026

RE: CAFC Appeal No. 26-1339

## NOTICE OF NON-PARTICIPATION OF
## <u>APPELLEE COMCAST CABLE COMMUNICATIONS, LLC</u>

Appellee Comcast Cable Communications, LLC hereby provides the Court notice that pursuant to a settlement agreement between the parties, Appellee will not be participating in the appeal.

Dated: January 28, 2026

/s/ Frederic M. Meeker

Frederic M. Meeker
Banner & Witcoff, Ltd.
1100 13th Street, NW
Suite 1200
Washington, DC 20005
(202) 824-3000
fmeeker@bannerwitcoff.com